cal  sc

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERY NATION CAMPUS MINISTRIES AT SAN DIEGO STATE UNIVERSITY, et al.,<br><br>             Plaintiff,<br>v.<br><br>CHARLES B. REED, et al.<br><br>             Defendants. | Civil No.05cv2186 LAB(AJB)<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

At the request of counsel, and in light of the scheduling of proceedings by Judge Burns leading to a Motion for Summary Judgment on July 17, 2006, the *telephonic* Case Management Conference currently scheduled before Magistrate Judge Battaglia on October 3, 2006, is hereby continued to ***November 8, 2006 at 9:00 a.m.*** Plaintiff's counsel shall initiate the conference call at that time. At that conference, the Court will set further dates as appropriate.

IT IS SO ORDERED.

DATED: September 27, 2006

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

1   05cv2186

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28