cal sc

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERY NATION CAMPUS MINISTRIES AT SAN DIEGO STATE UNIVERSITY, et al., <br><br> Plaintiff, <br> v. <br> CHARLES B. REED, et al. <br><br> Defendants. | Civil No.05cv2186 LAB(AJB) <br><br> ORDER FOLLOWING CASE MANAGEMENT CONFERENCE |

On May 29, 2007, the Court convened a telephonic Case Management Conference in the above entitled action. Appearing were Jeremy Tedesco, Esq. on behalf of plaintiff and Sue Westover, Esq. on behalf of defendant.

Counsel report that the *Kent School* case remains pending before the circuit. As a result, the cross motions for summary judgment before Judge Burns will remain under submission. It is hoped that the circuit will rule by July which will allow Judge Burns to proceed.

Based on this status, the Court sets another telephonic Case Management Conference for *August 27, 2007 at 9:30 a.m.* Counsel for plaintiff shall initiate the call.

IT IS SO ORDERED.

DATED: May 30, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court