# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case: Every Nation Campus Ministries v. Achtenberg          Case No: 05cv2186-LAB (AJB)

HON. Larry A. Burns                CT. DEPUTY Tisha Washam              Rptr.

Present

Plaintiff(s):   No appearance.

Defendant(s):   No appearance.

In consideration of the August 24, 2007 Ninth Circuit Opinion in Truth v. Kent School District, No. 04-35876, the court hereby authorizes the filing of supplemental briefing from the parties to this action before its Order issues deciding the Motions taken under submission in this case pending the resolution on appeal of Truth. On or before **September 4, 2007,** plaintiffs may collectively file and defendants may collectively file one supplemental legal brief per side, not to exceed five pages in length per side, for the court's consideration in deciding the pending motions in consideration of the Truth opinion.

**IT IS SO ORDERED**.

DATED:  August 27, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge