# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERY NATION CAMPUS MINISTRIES AT SAN DIEGO STATE UNIVERSITY, a student organization at San Diego State University; *et al*,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>REED, *et al*,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 05CV2186-LAB (AJB)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION REQUESTING RULING**<br><br>[Dkt No. 100] |

This matter is before the court on plaintiffs' Motion Requesting Ruling On The Pending Cross-Motions For summary Judgment. This court took those motions under submission approximately eighteen months ago, in consideration of Ninth Circuit appeals in cases raising issues material to the resolution of the parties' dispute in this case. Defendants filed Opposition, urging this court to reserve ruling until the Ninth Circuit's final decision on appeal of the case Truth v. Kent School District, 499 F.3d 999 (9th Cir. 2007), presently awaiting that court's decision on plaintiff's request for *en banc* review, and to further await the result in a pending Ninth Circuit appeal of issues likely to be dispositive of those presented here, Christian Legal Society v. Kane, Docket No. 06-15956. Defendants represented Kane is set for oral argument this month. Plaintiffs filed a Reply, representing the Kane oral argument "has been removed from the calendar pending the resolution of Truth, with directions that the clerk place Kane before the next available panel after Truth is decided." Reply 1:24-26. They argue, in these circumstances, Kane may not be decided for years, prolonging the delay.

1        The court finds the duration of the delay in deciding the parties' cross-motions in this case
2 while awaiting final Ninth Circuit action in either or both of those cases has become excessive, with
3 no imminent resolution in sight.  Accordingly, **IT IS HEREBY ORDERED** plaintiffs' Motion is
4 **<u>GRANTED</u>**, and a ruling from this court on the parties' cross-motions for summary judgment will be
5 forthcoming.  The hearing of the Motion For Ruling presently scheduled for February 19, 2008 is
6 accordingly *off-calendar*.

7        **IT IS SO ORDERED**.

8 DATED: February 12, 2008

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge